IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                          CRIMINAL NO. 2:17-cr-18-KS-MTP-001
                                CRIMINAL NO, 2:17-cr-18 KS-MTP-002

EDWARD L. DONALDSON, JR. AND
JOHN JARED OERTLING

## ORDER

THIS CAUSE IS BEFORE THE COURT on Renewed Motion to Terminate Probation [52] filed by Edward L. Donaldson, Jr., and Renewed Motion to Terminate Probation [53] filed by John Jared Oertling. The Court has considered both of the renewed motions and has consulted with each of the Movants' respective probation officers. The probation officers related to the Court that the Movants have been totally compliant with probation requirements, have met all their financial obligations, and cooperated fully with the officers. The Court finds that the Motions [52] and [53] are well taken and should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the periods of Supervised Release set by this Court in the above styled and numbered case for Edward L. Donaldson Jr., and John Jared Oertling are hereby Terminated.

SO ORDERED this the ___8th___ day of September, 2020.

                                               ___s/Keith Starrett_____
                                               UNITED STATES DISTRICT JUDGE